FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 08, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KAYLA ANN TOMPKINS, <br><br> Defendant. | No. 2:23-CR-00034-TOR-2 <br><br> ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE <br><br> **MOTION GRANTED** <br> **(ECF No. 43)** |

Before the Court is Defendant's Motion to Modify Conditions of Release, **ECF No. 43**. Specifically, Defendant seeks release to Thor Oxford House on June13, 2023, upon successful completion of her inpatient substance abuse treatment at SPARC. The United States and U.S. Probation do not oppose Defendant's release plan.

The Court has reviewed Defendant's Motion to Modify Conditions of Release, **ECF No. 43.** After consideration of Defendant's Motion, **ECF No. 43**, the Court **GRANTS** Defendant's Motion.

Defendant shall be released to Thor Oxford House upon successful completion of inpatient treatment at SPARC on June 13, 2023, on the previously ordered conditions of pretrial release set forth in the Court's prior Order at ECF No. 42 subject to the following modifications and additional conditions, including that she appears for all hearings and that she remains in contact with her counsel.

ORDER - 1

The Court strikes Condition Nos. 12 and 18 in the Order Following Detention Review Hearing, ECF No. 42, and imposes the following additional conditions:

1) Defendant must reside at Thor Oxford House and may not change residences without prior approval from Pretrial Services.

2) Defendant shall participate in outpatient treatment at Thor Oxford House and follow all treatment recommendations and Pretrial Services.

3) Defendant shall submit to random urinalysis and/or breathalyzer testing as directed by the United States Probation/Pretrial Services Office for determining whether the Defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing up to six times per month.

**The hearing currently scheduled for <u>June 14, 2023, at 11:00 a.m.</u> is STRICKEN**.

**IT IS SO ORDERED.**

DATED June 8, 2023.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2